1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                       EASTERN DISTRICT OF WASHINGTON

7  | JUVENTINO ALVARADO and
   | PILAR ALVARADO, husband and          NO:  13-CV-0343-TOR
8  | wife,
                                          ORDER GRANTING VOLUNTARY
9  |                   Plaintiffs,        DISMISSAL WITHOUT PREJUDICE

10 |        v.

11 | HOME 123 CORPORATION, and
   | BANK OF AMERICA, N.A., and
12 | NATIONSTAR MORTGAGE, LLC,
   | and FEDERAL HOME LOAN
13 | MORTGAGE CORPORATION,

14 |                   Defendants.

15

16         BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 10).

17 Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil

18 Procedure 41(a)(1)(A)(i) on October 24, 2012.  Because Defendant has neither

19 filed an answer nor moved for summary judgment, Plaintiff has an absolute right to

20 voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i). This is the case

   despite the pending motion to dismiss by Defendant Bank of America, N.A. (ECF

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1   No. 4). *Concha v. London*, 62 F.3d 1493, 1507 (9th Cir. 1995) ("Even if the

2   defendant has filed a motion to dismiss, the plaintiff may terminate his action

3   voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

4   **ACCORDINGLY, IT IS HEREBY ORDERED**:

5       All claims and causes of action in this matter are **DISMISSED** without

6   prejudice and without costs or fees to any party.  All pending motions are

7   **DENIED** as moot.

8       The District Court Executive is hereby directed to enter this Order, furnish

9   copies to counsel, and **CLOSE** the file.

10      **DATED** October 25, 2013.

11

12                              THOMAS O. RICE
                            United States District Judge
13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2